The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WASTE ACTION PROJECT,<br><br>  Plaintiff,<br><br>  v.<br><br>GENERAL CONSTRUCTION COMPANY, KIEWIT INFRASTRUCTURE WEST CO., and KIEWIT CORPORATION,<br><br>  Defendants. | No. 2:25-cv-00056-BJR<br><br>**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT** |

Before the Court is the Stipulated Motion for Extension of Time to Answer Complaint. Having considered the pleadings and file in this matter, the Court is fully informed. Having found good cause for the extension, it is **HEREBY ORDERED THAT:**

The Stipulated Motion for Extension of Time to Answer Complaint is **GRANTED.** Defendants General Construction Company, Kiewit Infrastructure West Co., and Kiewit Corporation's deadline to respond to the Complaint is June 11, 2025.

DATED this 8th day of May 2025.

_____
THE HONORABLE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION FOR EXTENSION
OF TIME TO ANSWER COMPLAINT - 1
Case No. 2:25-cv-00056-BJR

**FOSTER GARVEY PC**
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400   FAX (206) 447-9700

Presented By:

*s/Marc Zemel*
*[signed per e-mail authorization 5/7/2025]*
Marc Zemel, WSBA No. 44325
*s/Evelyn Mailander*
*[signed per e-mail authorization 5/7/2025]*
Evelyn Mailander, WSBA No. 62827
2317 E. John St.
Seattle, WA 98112
Tel: (206) 860-2883
Fax: (206) 860-4187
E-mail: marc@smithandlowney.com
evelyn@smithandlowney.com
*Attorneys for Plaintiff Waste Action Project*

*s/Lori A. Terry*
Lori A. Terry, WSBA #22006
Devra R. Cohen, WSBA #49952
FOSTER GARVEY PC
1111 Third Avenue, Suite 3000
Seattle, Washington  98101-3292
Telephone: (206) 447-4400
Facsimile: (206) 447-9700
Email: lori.terry@foster.com
            devra.cohen@foster.com
*Attorneys for Defendants General Construction Company, Kiewit Infrastructure West Co., and Kiewit Corporation*

ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT - 2
Case No. 2:25-cv-00056-BJR

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON  98101-3292
PHONE (206) 447-4400   FAX (206) 447-9700